**J. H. PHIPPS LUMBER CO., Plaintiff in Error, v. ST. LOUIS–SAN FRANCISCO RAILWAY CO., Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
October 26, 1928.

No. 7962.

W. N. Ivie, of Ft. Smith, Ark., J. W. Grabiel, of Fayetteville, Ark., and Kenneth Teasdale, of St. Louis, Mo., for plaintiff in error.

H. P. Warner, G. C. Hardin, and C. R. Warner, all of Ft. Smith, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties.

---

**J. H. ROSSBACH & BROS., Inc., Libelants-Appellees, v. COMPAGNIE GÉNÉRALE TRANSATLANTIQUE, Respondent-Appellant.**

Circuit Court of Appeals, Second Circuit.
March 12, 1929.

No. 247.

Joseph P. Nolan, of New York City (Edward J. Garity, of New York City, of counsel), for appellant.

Carter, Ledyard & Milburn, of New York City (Rush Taggart and William D. H. Stanley, both of New York City, of counsel), for appellees.

Before MANTON L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

**Leo KAUFMAN, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
April 12, 1929.

No. 8587.

Paul A. Richards, of St. Louis, Mo., for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

---

**Joseph H. KENWORTHY et al., Doing Business Under the Firm Name and Style of Thos. Kenworthy's Sons, Libelants-Appellees, v. Steamship MONGOLIAN PRINCE, Her Engines, etc., Prince Line, Limited, Claimant-Appellant.**

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 275.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. De Grove Potter, of New York City, of counsel), for appellant.

Theodore L. Bailey, of New York City, for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [27 F.(2d) 985] affirmed.